# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| GERALD SPRUELL | NOS. 18-449 & 19-015-2 |

## ORDER

**AND NOW**, this 28th day of January 2021, upon consideration of Gerald Spruell's *pro se* omnibus Motion for Review of Detention/Compassionate Release/Reconsideration to Modify Sentence, (ECF Nos. 68 and 481), and the Government's Response, (ECF Nos. 73 and 484), and associated exhibit, (ECF Nos. 74 and 485), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.