# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

GERALD SPRUELL,

*Defendant.*

CRIMINAL ACTION
NO. 18-00449

# ORDER

**AND NOW**, this 12th day of April 2021, upon consideration of Defendant's Motion to Suppress, (ECF 79), the Government's Response, (ECF 80), and following a suppression hearing, (ECF 85), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.